EMILIE MARIE PETERSEN, Appellant, v. JOHN H. PETERSEN, Respondent.— Order denying plaintiff's motion for the sequestration of defendant's property or for security affirmed, without costs. Order granting defendant leave to interpose an answer and reducing alimony and counsel fee modified by fixing the alimony at ten dollars a week and as so modified affirmed, without costs; the answer to be served within ten days from the entry of the order herein. In our opinion, there was no abuse of discretion by the Special Term in denying plaintiff's motion for sequestration or security, the defendant's default in pleading is excusable as a matter of favor, and defendant is not entitled to a reduction in weekly alimony beyond the amount to which he asks that it be reduced, namely, ten dollars a week. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

MARIA PISPISA, as Administratrix, etc., of MICHAEL COSTA, Deceased, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MINKUS, Indicted as LEW FRIEDMAN, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. SHANLEY, JR., Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

LOUIS SEUTTER, Appellant, v. KIEL FURNITURE COMPANY, a Corporation, Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. We are of opinion that the plaintiff made out a prima facie case upon the issue of his wrongful discharge. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

TRIANGLE MINT CORPORATION, Appellant, v. THOMAS O'CONNELL, as Property Clerk of the Police Department of the City of New York, Respondent.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.